**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| USA MOBILITY INC. and<br>USA MOBILITY WIRELESS, INC., | |
| Plaintiff, | Civil Action No. 1:10-cv-293 |
| v. | Judge Anthony J. Trenga |
| INILEX, INC., | |
| Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs USA Mobility, Inc. and USA Mobility Wireless, Inc. and Defendant Inilex, Inc. (collectively the "Settling Parties"), hereby stipulate by and through their respective attorneys that all claims, counterclaims and defenses in Civil Action No. 1:10-cv-293, ("the Litigation") are dismissed with prejudice pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

In support thereof, the parties stipulate as follows:

1. Plaintiff and Defendant have reached an agreement to settle the Litigation, which is set forth in this Voluntary Dismissal by Stipulation and Order and a separate Settlement Agreement, executed effective on September 8, 2010.

2. All claims, counterclaims and defenses in this Litigation should be and hereby are dismissed with prejudice.

3. The District Court will reserve and retain jurisdiction to enforce the terms of this Agreement.

4. Each party to this Litigation will bear its own costs and attorneys' fees.

SO STIPULATED this 8th day of September, 2010:

_/s/ Sam S. Tiffany_
Sam S. Tiffany
Attorney for Defendant Innex, Inc.
Sam S. Tiffany, Ltd.
7321 North 16th Street
Phoenix, AZ 85020
Phone: (602) 254-6044
Fax: (602) 262-2943
Email: stiffany@tiffanyazlaw.com

/s/ Thomas B.W. Hall
Thomas B.W. Hall
VA Bar No. 73005
Attorneys for Plaintiff
USA Mobility, Inc.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
Phone: 202-637-2267
Fax: 202-637-2201
Thomas.Hall@lw.com

Maximilian A. Grant (*pro hac vice*)
Max.Grant@lw.com

SO ORDERED this ___ day of September, 2010

_____
HONORABLE ANTHONY J. TRENGA
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will mail the document by U.S. mail to the following non-filing user:

Sam S. Tiffany, Ltd.
7321 North 16th Street
Phoenix, AZ 85020
Email: stiffany@tiffanyazlaw.com

                                                /s/ Thomas B.W. Hall
                                                Thomas B.W. Hall
                                                VA Bar No. 73005
                                                Attorneys for Plaintiff
                                                USA Mobility, Inc.
                                                LATHAM & WATKINS LLP
                                                555 Eleventh Street, NW
                                                Washington, DC 20004
                                                Phone: (202) 637-2200
                                                Fax: (202) 637-2201
                                                Thomas.Hall@lw.com